# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY MARTINEZ, *individually and on behalf of similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA,<br><br>Defendant. | Case No. 22-cv-631-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE**<br><br>[Doc. No. 12] |

On June 1, 2022, Sandy Martinez ("Plaintiff") individually and on behalf of other similarly situated individuals filed a First Amended Complaint against Laboratory Corporation of America ("Labcorp"). *See* Doc. No. 9. The parties now jointly move to set a special briefing schedule on Labcorp's forthcoming motion to dismiss. Doc. No. 12. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **SETS** the following briefing schedule: Labcorp must respond to the First Amended Complaint on or before **June 22, 2022**. Should Labcorp's response be a motion to dismiss, Plaintiff must file her opposition on or before **July 20, 2022**. Labcorp may then file a reply on or before **August 1, 2022**. Defendant need not secure a hearing date from

1   Chambers prior to filing its motion.¹  Upon completion of the briefing, the Court will take
2   the matter under submission pursuant to Federal Rule of Civil Procedure 78(b) and Civil
3   Local Rule 7.1.d.1 and issue a written ruling in due course.
4        **IT IS SO ORDERED**.
5   Dated:  June 8, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge

---

¹ The Court **waives** the requirement set forth in the undersigned's Civil Chambers Rule III.